**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)**

| | |
|---|---|
| ERIEN FRAZIER | * |
| | * |
| vs. | *  **Case No.** 1:14-CV-00048-CCB |
| | * |
| DELMARVA COLLECTIONS, INC. | * |

******

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[X]   I certify, as party/counsel in this case that  Delmarva Collections, Inc.,
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ ]   The following corporate affiliations exist with _____:
(name of party)
_____.
(names of affiliates)

[ ]   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

| | |
|---|---|
| 05/02/2014 | /s/ Birgit Dachtera Stuart |
| *Date* | *Signature* |
| | |
| | Birgit Dachtera Stuart       17420 |
| | *Printed Name*       *Bar Number* |
| | |
| | 200A Monroe Street, Suite 104 |
| | *Address* |
| | |
| | Rockville, Maryland 20850 |
| | *City/State/Zip* |
| | |
| | 301-424-7490       301-424-7470 |
| | *Phone No.*       *Fax No.* |

1

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by First Class Mail, postage prepaid on this 2nd day of May, 2014 to:

>Erien Frazier
>P.O. Box 25
>Hagerstown, Maryland 21740
>E-Mail:  ErienFrazier@gmail.com
>*Pro Se Plaintiff*

>/s/ Birgit Dachtera Stuart
>Birgit Dachtera Stuart, Esquire
>Ronald S. Canter, Esquire
>*Attorneys for Defendant Delmarva Collections, Inc.*

>OF COUNSEL TO
>BEDARD LAW GROUP, P.C.